UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Christopher Lopez,

                Plaintiff(s),

-v-

Verizon New York Inc.,

                Defendant(s).
-----------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 5589 (LTS)(DCF)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion:_____ |
| ___ Inquest After Default/Damages Hearing | _____<br>All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                July 7, 2008

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2008